IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO MORENO MONZANO,

     Petitioner,          No. CIV S-01-2094 GEB DAD P

  vs.

C.K. PLILER, Warden, et al.,

     Respondents.      <u>ORDER</u>

_____/

     Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On January 26, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  On March 4, 2005, petitioner was granted an

1 additional thirty days to file his objections.  Petitioner has
2 filed objections to the findings and recommendations.

3          In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5 de novo review of this case.  Having carefully reviewed the
6 entire file, the court finds the findings and recommendations to
7 be supported by the record and by proper analysis.

8          Accordingly, IT IS HEREBY ORDERED that:

9          1.  The findings and recommendations filed January 26,
10 2005, are adopted in full; and

11          2.  Petitioner's application for a writ of habeas
12 corpus is denied.

13 Dated:  April 25, 2005

14

15                              /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
16                              United States District Judge

17

18

19

20

21

22

23

24

25

26